# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:09-cv-09203-JHN-RZx | Date | December 3, 2010 |
|---|---|---|---|
| Title | Coach Services, Inc. v. Aida International Group Inc. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE FAILURE TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION  (In Chambers)

On October 25, 2010, Plaintiff filed a Motion for Partial Summary Judgment, set for hearing on December 13, 2010. (Docket no. 32.) Per Local Rule 7-9, a party must file an opposition no later than twenty-one (21) days before the date set for hearing on a motion. Defendant's opposition was therefore due on November 22, 2010, but was not filed. Upon inquiry by the court clerk, Defense counsel advised the Court that Defendant would not oppose the Motion. Counsel was informed that a statement of non-opposition should be filed. However, neither an opposition nor a statement of non-opposition has been received as of this date.

Because the opposition is now overdue, the Court hereby VACATES the hearing, and the matter is removed from the Court's calendar.

**The Court will accept as an appropriate response to this Order to Show Cause the filing of either an opposition or a statement of non-opposition by <u>December 13, 2010</u>. Failure to do so may result in sanctions.**

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |